**Exhibit A**

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**  
**Reg. No. 2,473,269**  
Registered July 31, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## DREAMERY

DREYER'S GRAND ICE CREAM, INC. (DELA-
WARE CORPORATION)
5829 COLLEGE AVENUE, SUITE 1601
OAKLAND, CA 94618

FOR: ICE CREAM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-9-1999; IN COMMERCE 8-9-1999.

SER. NO. 75-979,493, FILED 4-5-1999.

DARRYL SPRUILL, EXAMINING ATTORNEY





INT CLASS

04-05-1999
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70.

| | | |
|---|---|---|
| Applicant: | Dreyer's Grand Ice Cream, Inc. | |
| | a Delaware corporation | |
| | | |
| Address: | 5829 College Avenue | |
| | Oakland, CA 94618 | |
| | | |
| Use: | Application is based on the claim of intent under 15 U.S.C. 1051(b) | |
| | | |
| Goods: | ~~ICE CREAM;~~ REDUCED FAT, LOW FAT AND FAT FREE ICE CREAM; ICE CREAM CONFECTIONS; ICE CREAM NOVELTIES; FROZEN DAIRY AND NON-DAIRY NOVELTIES; FROZEN DAIRY AND NON-DAIRY CONFECTIONS; FROZEN DAIRY AND NON-DAIRY DESSERTS; FROZEN REDUCED FAT, LOW FAT AND FAT FREE DAIRY AND NON-DAIRY DESSERTS; ICE MILK; SORBETS; SHERBETS; WATER ICES; FROZEN FRUIT JUICE BARS; FROZEN FRUIT JUICE FLAVORED BARS; FROZEN YOGURT; FAT FREE FROZEN YOGURT | |
| | | |
| Attorneys: | Gregory N. Owen, Esq. | |
| | OWEN, WICKERSHAM & ERICKSON, P.C. | |
| | 455 Market Street, 19th Floor | |
| | San Francisco, CA 94105 | |
| | (415) 882-3200 | |
| | | |
| Matter No.: | DREYI 00011 | |

DREAMERY

PUBLISHED
03/19/02

TRADEMARK

75674087

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 24 04:17:07 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record: [      ] **Record 2 out of 3**

| TARR Status | ASSIGN Status | TDR Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DREAMERY |
| **Goods and Services** | IC 030. US 046. G & S: Reduced fat, low fat and fat free ice cream; ice cream confections; frozen dairy and non-dairy confections; frozen dairy and non-dairy desserts; frozen reduced fat, low fat and fat free dairy and non-dairy confections; ice milk; sorbets; sherbets; shaved ice; frozen fruit juice bars; frozen fruit juice flavored bars; frozen yogurt; fat free frozen yogurt |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75674087 |
| **Filing Date** | April 5, 1999 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 19, 2002 |
| **Owner** | (APPLICANT) INTEGRATED BRANDS, INC. CORPORATION NEW YORK 4175 VETERANS HIGHWAY RONKONKOMA NEW YORK 11779 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Joseph F. Nicholson, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |