**Exhibit B**

Alston & Bird



Wednesday, August 24 - <u>Chocolate Heathbar</u>

*What is Frozen Custard?*

*This Month's Flavor Forecast*

*Treats*

*For Pups*

*Directions*

*Custard Cam*

*Liz's Approach*

*Take a Tour Of the Dreamery*

*In the Media*

*Sign up for one of our email lists! - click here -*

## Directions and Map

**From the Beltway/495 Heading North (not 395 North)**
Take exit 2A, Telegraph Road North. Follow signs for Duke Street, Rte. 236 East toward Downtown Alexandria.

Once on Duke street, pass through one light (see US Post Office on right).

At next light, make left onto Callahan Street (see Masonic Temple on left).

Once on Callahan, stay in left lane (see Amtrak station on right).

Go straight at next light, crossing King Street. This puts you on Russell Road.

Travel approximately 1 mile, passing through one light at Braddock Road. At the next light, turn right on Monroe Avenue. At the next light make a left onto Mt. Vernon Avenue.

Travel 4/10ths of a mile on Mt. Vernon Avenue. The Dreamery is located on the left immediately before the Citgo gas station, between Del Ray and Oxford Avenues (#2310). (see map below)

**From 66 heading East toward Washington**
After Rosslyn, take 110 (south) going toward Alexandria and Crystal City. Continue through Crystal City (you are on Rte. 1 South), then pass through a light for *South* Glebe Road (right turn only). Go straight; Potomac Yards shopping center will then be on your left.

On the right, watch for Mario's Pizza place and Del Ray Glass (at the light for *East* Glebe Road). Two streets after East Glebe Road, turn right onto Hume Avenue. Take Hume Avenue to the next light at SunTrust Bank, where you make a sharp left onto Mt. Vernon Avenue.

Go through 2 more lights. The Dreamery is located on the right immediately after the Citgo gas station, between Oxford and Del Ray Avenues (#2310). (see map below)

**From Washington, DC (crossing the 395 South Bridge)**
From 395 heading south, take the left exit for Route 1 South toward Alexandria. Continue through Crystal City, then pass through a light for *South* Glebe Road (right turn only). Go straight; Potomac Yards shopping center will then be on your left.

On the right, watch for Mario's Pizza place and Del Ray Glass (at the light for *East* Glebe Road). Two streets after East Glebe Road, turn right onto Hume Avenue. Take Hume Avenue to the next light at SunTrust Bank, where you make a sharp left onto Mt. Vernon Avenue.

Go through 2 more lights. The Dreamery is located on the right immediately after the Citgo gas station, between Oxford and Del Ray Avenues (#2310). (see map below)

**From Maryland (crossing the Woodrow Wilson Bridge)**
Take Route 1 North toward Alexandria. Once into Old Town, the street name changes to Patrick. Follow Patrick for about a mile, and then bear left to cross a bridge. Move into the left lane. On the other side of the bridge, turn left at first light onto E. Monroe Avenue. Go to the next light at Mount Vernon Avenue and turn right.

Travel 4/10ths of a mile on Mt. Vernon Avenue. The Dreamery is located on the left immediately before the Citgo gas station, between Del Ray and Oxford Avenues (#2310). (see map below)



Map by Margie Heins

**Summer Hours: Mon. - Sun. 12-10pm**
©Del Ray Dreamery, 2310 Mount Vernon Ave., Alexandria, VA 22301

703.683.7767 · info@delraydreamery.com

Web site design and development by Alex D. Nepple & Dan Bielefeld.





☒ **Close Window**                                                                                        • **Print this page**



Click for more of the best photojournalism:

washingtonpost.com
CAMERA·WORKS

Owner Liz Davis, above left, with children, Rob Livengood, 11, and Nora Livengood, 14, opened the Del Ray Dreamery in Alexandria two years ago. At right, Gaby Sardo of Fairfax tries the vanilla frozen custard. Davis creates traditional and more inspired flavors. This month's featured flavors include cherry blossom and sweet potato pie.

**Photo Credit:** Photos Stephanie K. Kuykendal For The Washington Post

**Most Viewed Photos (11:45 a.m. ET)**
- With a new version of its desktop software for Windows, Google offers an entry point to the Internet other than through a Web browser.
- Marine biologist Ellen K. Pikitch holds a baby lemon shark on the island of Bimini, where the species' habitat is shrinking because of development.
- Nearly a third of Camp Bucca's 600 detainees participated in digging this tunnel, in which about 100 tons of dirt was excavated in eight weeks.