**Exhibit C**

Alston & Bird

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Lara A. Holzman                    Direct Dial: 212-210-9553                    E-mail: lholzman@alston.com

July 18, 2005

*Via UPS*

Ms. Liz Davis
Del Ray Dreamery
2310 Mount Vernon Avenue
Alexandria, VA 22301

Re:   Integrated Brands Inc.: U.S. Trademark for DREAMERY

Dear Ms. Davis:

We are counsel to Integrated Brands Inc. ("Integrated"). Integrated sells ice cream and other frozen confections under many proprietary brands including ESKIMO PIE, CHIPWICH, and DREAMERY. Integrated's DREAMERY trademark has been in use since at least August 1999. Integrated is also the owner of U.S. Trademark Registration No. 2,473,269, issued in 2001, for the mark DREAMERY covering "ice cream" and the owner of the pending U.S. trademark application for DREAMERY covering ice cream; ice milk; sorbets; sherbets; frozen yogurt; and other frozen desserts.

Your DEL RAY DREAMERY store and your use of Integrated's DREAMERY trademark in connection with the sale and advertising of frozen custard, other frozen confections, and merchandise, such as T-shirts, puzzle, gift certificates and insulation bags, has recently come to our client's attention. Such use raises issues of trademark infringement and unfair competition, is likely to cause confusion and misappropriates our client's goodwill.

Due to its extensive use of DREAMERY in connection with ice cream and other frozen confection product, Integrated has established much goodwill in its DREAMERY trademark. As such, Integrated views your infringement and misappropriation of its DREAMERY trademark as extremely serious. Accordingly, we request that you provide written assurances by **August 3, 2005**, that you will immediately cease using Integrated's DREAMERY trademark in connection with your store and the sale of frozen custard and other frozen confections.

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, DC 20004-2601
202-756-3300
Fax: 202-756-3333

Ms. Liz Davis
Del Ray Dreamery
Page 2


      The above does not constitute a complete statement of the rights and remedies of Integrated, none of which is intended to be waived or prejudiced hereby, and all of which rights and remedies are hereby expressly reserved.

                                          Yours sincerely,

                                          Lara A. Holzman

LAH:alc

NYC01/7773862v1