CO-386-online
10/03

# United States District Court
# For the District of Columbia

Integrated Brands, Inc. )
)
)
)
) 
vs    Plaintiff )   Civil Action No._____
)
Del Ray Dreamery Co. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Integrated Brands, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Integrated Brands, Inc.__ which have any outstanding securities in the hands of the public:

Cool Brands International Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Edward M Prince_
Signature

69252
BAR IDENTIFICATION NO.

Edward M Prince
Print Name

Alston & Bird LLP 601 Pennsylvania Ave. NW North Bldg
Address

Washington    DC    20004
City          State  Zip Code

202-756-3300
Phone Number