AUG 05,2005 15:23                                 7036835549                                        Page 2

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**     Reg. No. 2,473,269
                                                  Registered July 31, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## DREAMERY

DREYER'S GRAND ICE CREAM, INC. (DELA-
   WARE CORPORATION)
5829 COLLEGE AVENUE, SUITE 1601
OAKLAND, CA 94618

FOR: ICE CREAM, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-9-1999; IN COMMERCE 8-9-1999.

SER. NO. 75-979,493, FILED 4-5-1999.

DARRYL SPRUILL, EXAMINING ATTORNEY