IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC.<br>4175 Veterans Highway<br>Ronkonkoma, NY 11779<br><br>    Plaintiff,<br><br>    v.<br><br>DEL RAY DREAMERY CO.,<br><br>    Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

## MOTION TO ADMIT
## LARA A. HOLZMAN *PRO HAC VICE*

Plaintiff, Integrated Brands Inc., through sponsoring attorney Edward M. Prince, hereby moves that Lara A. Holzman be permitted to appear *pro hac vice* in this matter. As the attached declaration of Ms. Holzman demonstrates:

1. Ms. Holzman's full name is Lara Anne Holzman;

2. Ms. Holzman's office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;

3. Ms. Holzman's office telephone number is 212-210-9553;

4. Ms. Holzman is admitted to the bar of the State of New York;

5. Ms. Holzman has not been disciplined by any bar;

6. Ms. Holzman has never been admitted *pro hac vice* in this Court.

NYC01/7779699v1

Respectfully submitted,

Dated: 9/6/05

*Edward M. Prince* (signature)

Edward M. Prince
D.C. Bar No. 69252
ALSTON & BIRD LLP
601 Pennsylvania Ave. N.W.
North Building, 10th Floor
Washington, D.C. 20004-2601
202-756-3300

- 2 -