## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTEGRATED BRANDS INC.
4175 Veterans Highway
Ronkonkoma, NY 11779

       Plaintiff,

       v.

DEL RAY DREAMERY CO.,

       Defendant.

CIVIL ACTION NO.  1:05CV01684  (GK)

### DECLARATION OF LARA A. HOLZMAN
### IN SUPPORT OF MOTION TO ADMIT
### LARA A. HOLZMAN *PRO HAC VICE*

I, Lara A. Holzman, hereby declare and submit:

1.    I am counsel in the law firm of Alston & Bird LLP, attorneys for Integrated Brands Inc. in the above-captioned matter;

2.    My full name is Lara A. Holzman;

3.    My office address is Alston & Bird LLP, 90 Park Avenue, New York, New York  10016;

4.    My office telephone number is 212-210-9553;

5.    I am admitted to the bars of the State of New York and Connecticut and I am in good standing in the Southern District of New York;

6.    I have never been disciplined by any bar;

7.    I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September ___2___, 2005 at New York, New York.

_____
Lara A. Holzman

NYC01/7779745v1