# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__LARA  A.  HOLZMAN__, Bar # __LH8355__

was duly admitted to practice in this Court on

__AUGUST  19th, 1997__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York      on    AUGUST  29th,  2005

**J. MICHAEL McMAHON**
Clerk

by: _[signature]_
Deputy Clerk