IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC.<br>4175 Veterans Highway<br>Ronkonkoma, NY 11779<br><br>Plaintiff,<br><br>v.<br><br>DEL RAY DREAMERY CO.,<br><br>Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

## MOTION TO ADMIT
## SARAH C. HSIA *PRO HAC VICE*

Plaintiff, Integrated Brands Inc., through sponsoring attorney Edward M. Prince, hereby moves that Sarah C. Hsia be permitted to appear *pro hac vice* in this matter. As the attached declaration of Ms. Hsia demonstrates:

1. Ms. Hsia's full name is Sarah Chih-Jen Hsia;

2. Ms. Hsia's office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;

3. Ms. Hsia's office telephone number is 212-210-9541;

4. Ms. Hsia is admitted to the bar of the State of New York;

5. Ms. Hsia has not been disciplined by any bar;

6. Ms. Hsia has never been admitted *pro hac vice* in this Court.

NYC01/7779738v1

- 2 -

                                        Respectfully submitted,

Dated: 9/6/05

*[signature]*
Edward M. Prince
D.C. Bar No. 69252
ALSTON & BIRD LLP
601 Pennsylvania Ave. N.W.
North Building, 10th Floor
Washington, D.C. 20004-2601
202-756-3300