IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC.<br>4175 Veterans Highway<br>Ronkonkoma, NY 11779<br><br>Plaintiff,<br><br>v.<br><br>DEL RAY DREAMERY CO.,<br><br>Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

### DECLARATION OF SARAH C. HSIA
### IN SUPPORT OF MOTION TO ADMIT
### SARAH C. HSIA *PRO HAC VICE*

I, Sarah C. Hsia, hereby declare and submit:

1. I am an associate in the law firm of Alston & Bird LLP, attorneys for Integrated Brands Inc. in the above-captioned matter;

2. My full name is Sarah Chih-Jen Hsia;

3. My office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;

4. My office telephone number is 212-210-9541;

5. I am admitted to the bar of the State of New York and I am in good standing in the Southern and Eastern Districts of New York;

6. I have never been disciplined by any bar;

7. I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2005 at New York, New York.

_____
Sarah Chih-Jen Hsia