UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INTEGRATED BRANDS, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1684 (GK) |
| | : | |
| **DEL RAY DREAMERY CO.,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

The Motion to Admit Lara A. Holzman *pro hac vice* is denied for failure of the sponsor to take the time and trouble to comply with the Court's Local Rules.  See LCvR 7(c).

September 7, 2005                          /s/
                                                     Gladys Kessler
                                                     United States District Judge

**Copies via ECF to all counsel of record**