IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC.<br>4175 Veterans Highway<br>Ronkonkoma, NY 11779<br><br>Plaintiff,<br><br>v.<br><br>DEL RAY DREAMERY CO.,<br><br>Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

## MOTION TO ADMIT
## LARA A. HOLZMAN *PRO HAC VICE*

Plaintiff, Integrated Brands Inc., through sponsoring attorney Edward M. Prince, hereby moves that Lara A. Holzman be permitted to appear *pro hac vice* in this matter. As the attached declaration of Ms. Holzman demonstrates:

1. Ms. Holzman's full name is Lara Anne Holzman;

2. Ms. Holzman's office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;

3. Ms. Holzman's office telephone number is 212-210-9553;

4. Ms. Holzman is admitted to the bar of the State of New York;

5. Ms. Holzman has not been disciplined by any bar;

6. Ms. Holzman has never been admitted *pro hac vice* in this Court.

NYC01/7779699v1

- 2 -

                 Respectfully submitted,

Dated: 9/6/05

                 _/s/ Edward M. Prince_
                 Edward M. Prince
                 D.C. Bar No. 69252
                 ALSTON & BIRD LLP
                 601 Pennsylvania Ave. N.W.
                 North Building, 10th Floor
                 Washington, D.C. 20004-2601
                 202-756-3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC.<br>4175 Veterans Highway<br>Ronkonkoma, NY 11779<br><br>Plaintiff,<br><br>v.<br><br>DEL RAY DREAMERY CO.,<br><br>Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

### DECLARATION OF LARA A. HOLZMAN IN SUPPORT OF MOTION TO ADMIT LARA A. HOLZMAN *PRO HAC VICE*

I, Lara A. Holzman, hereby declare and submit:

1. I am counsel in the law firm of Alston & Bird LLP, attorneys for Integrated Brands Inc. in the above-captioned matter;

2. My full name is Lara A. Holzman;

3. My office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;

4. My office telephone number is 212-210-9553;

5. I am admitted to the bars of the State of New York and Connecticut and I am in good standing in the Southern District of New York;

6. I have never been disciplined by any bar;

7. I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia.

NYC01/7779745v1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2005 at New York, New York.

_____
Lara A. Holzman

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____LARA A. HOLZMAN_____, Bar # _____LH8355_____

was duly admitted to practice in this Court on

_____AUGUST 19th, 1997_____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York          on     AUGUST 29th, 2005

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September 2005, a copy of the foregoing Motion to Admit Lara A. Holzman *Pro Hac Vice* was served by way of U.S. Mail, postage prepaid to:

Elizabeth Davis
Del Ray Dreamery
2310 Mount Vernon Avenue
Alexandria, VA 22301

_____
Laura G. Williams

WDC01/177360v1