IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC.<br><br>Plaintiff,<br><br>v.<br><br>DEL RAY DREAMERY CO.,<br><br>Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

[Proposed] **ORDER**

It is hereby ordered that Lara A. Holzman is granted permission to appear *pro hac vice* on behalf of Plaintiff, Integrated Brands Inc.

Date:_____    _____
                                Hon. Gladys Kessler
                                United States District Judge


Edward M. Prince D.C. Bar No. 69252
Paul F. Brinkman D.C. Bar No. 441681
ALSTON & BIRD LLP
601 Pennsylvania Ave. N.W.
North Building, 10th Floor
Washington, D.C. 20004

*Attorneys for Plaintiff*


Elizabeth Davis
Del Ray Dreamery
2310 Mount Vernon Avenue
Alexandria, VA 22301

*Defendant*