IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTEGRATED BRANDS INC.
4175 Veterans Highway
Ronkonkoma, NY 11779

Plaintiff,

v.

DEL RAY DREAMERY CO.,

Defendant.

CIVIL ACTION NO. 1:05CV01684 (GK)

**MOTION TO ADMIT**
**SARAH C. HSIA *PRO HAC VICE***

Plaintiff, Integrated Brands Inc., through sponsoring attorney Edward M. Prince, hereby moves that Sarah C. Hsia be permitted to appear *pro hac vice* in this matter. As the attached declaration of Ms. Hsia demonstrates:

1. Ms. Hsia's full name is Sarah Chih-Jen Hsia;
2. Ms. Hsia's office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;
3. Ms. Hsia's office telephone number is 212-210-9541;
4. Ms. Hsia is admitted to the bar of the State of New York;
5. Ms. Hsia has not been disciplined by any bar;
6. Ms. Hsia has never been admitted *pro hac vice* in this Court.

Respectfully submitted,

Dated: 9/6/05

Edward M. Prince

Edward M. Prince
D.C. Bar No. 69252
ALSTON & BIRD LLP
601 Pennsylvania Ave. N.W.
North Building, 10th Floor
Washington, D.C. 20004-2601
202-756-3300

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INTEGRATED BRANDS INC.
4175 Veterans Highway
Ronkonkoma, NY 11779

Plaintiff,

v.

DEL RAY DREAMERY CO.,

Defendant.

CIVIL ACTION NO. 1:05CV01684 (GK)

**DECLARATION OF SARAH C. HSIA**
**IN SUPPORT OF MOTION TO ADMIT**
**SARAH C. HSIA *PRO HAC VICE***

I, Sarah C. Hsia, hereby declare and submit:

1. I am an associate in the law firm of Alston & Bird LLP, attorneys for Integrated Brands Inc. in the above-captioned matter;

2. My full name is Sarah Chih-Jen Hsia;

3. My office address is Alston & Bird LLP, 90 Park Avenue, New York, New York 10016;

4. My office telephone number is 212-210-9541;

5. I am admitted to the bar of the State of New York and I am in good standing in the Southern and Eastern Districts of New York;

6. I have never been disciplined by any bar;

7. I have never been admitted *pro hac vice* in the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2005 at New York, New York.

Sarah Chih-Jen Hsia

# United States District Court

## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

SARAH CHIH-JEN HSIA, Bar # SH1030

was duly admitted to practice in this Court on

April 20th, 2004, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on AUGUST 29th, 2005

J. MICHAEL McMAHON
Clerk

by: [signature]
Deputy Clerk

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September 2005, a copy of the foregoing Motion to Admit Sarah C. Hsia *Pro Hac Vice* was served by way of U.S. Mail, postage prepaid to:

Elizabeth Davis
Del Ray Dreamery
2310 Mount Vernon Avenue
Alexandria, VA 22301

Laura G. Williams