IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTEGRATED BRANDS INC.

Plaintiff,

v.

DEL RAY DREAMERY CO.,

Defendant.

CIVIL ACTION NO. 1:05CV01684 (GK)

[Proposed] **ORDER**

It is hereby ordered that Sarah C. Hsia is granted permission to appear *pro hac vice* on behalf of Plaintiff, Integrated Brands Inc.

Date:_____

_____
Hon. Gladys Kessler
United States District Judge

Edward M. Prince D.C. Bar No. 69252
Paul F. Brinkman D.C. Bar No. 441681
ALSTON & BIRD LLP
601 Pennsylvania Ave. N.W.
North Building, 10th Floor
Washington, D.C. 20004

*Attorneys for Plaintiff*

Elizabeth Davis
Del Ray Dreamery
2310 Mount Vernon Avenue
Alexandria, VA 22301

*Defendant*

NYC01/7780176v1