IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED BRANDS INC. <br><br> Plaintiff, <br><br> v. <br><br> DEL RAY DREAMERY CO., <br><br> Defendant. | CIVIL ACTION NO. 1:05CV01684 (GK) |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., Plaintiff Integrated Brands Inc. hereby dismisses, without prejudice, its claims and causes of action asserted against Defendant Del Ray Dreamery Co. in the above-captioned matter.

Respectfully submitted, this 25th day of October, 2005.

*Edward M. Prince* /xftw/
Edward M. Prince D.C. Bar No. 69252
Paul F. Brinkman D.C. Bar No. 441681
ALSTON & BIRD LLP
601 Pennsylvania Ave. N.W.
North Building, 10th Floor
Washington, D.C. 20004

*Attorneys for Plaintiff Integrated Brands Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October 2005, a copy of the foregoing Notice of Dismissal was served by way of U.S. Mail, postage prepaid to:

Jennifer E. Holt, P.L.L.C.
202 E. Del Ray Avenue
Alexandria, Virginia 22301

_____
Laura G. Williams

WDC01/177360v1